United States District Court
Southern District of Texas
**ENTERED**
September 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINE SAMANTHA NERI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-156 |
| | § | |
| CITY OF SAN BENITO, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 27) adopting the Magistrate Judge's Reports and Recommendations (Docs. 25, 26), Final Judgment is entered in favor of Defendant City of San Benito, Texas, and Officer Rendell Stansbury as to all of Plaintiff Christine Samantha Neri's causes of action based on federal law. Plaintiff Christine Samantha Neri takes nothing in this lawsuit.

This is a final and appealable order.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on September 11, 2024.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge